WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank Of New York As Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-10CB, Mortgage Pass Through Certificates, Series 2004-10CB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-10CB,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-00024-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon fka The Bank Of New York As Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-10CB, Mortgage Pass Through Certificates, Series 2004-10CB and Defendant, Old Republic National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 11th day of January, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank Of New York As Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-10CB, Mortgage Pass Through Certificates, Series 2004-10CB*

DATED this 11th day of January, 2024.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Scott E. Gizer
Scott E. Gizer, Esq.
Nevada Bar No. 12216
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
*Attorneys for Defendant, Old Republic National Title Insurance Company*

## ORDER

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2024